UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| CLIFTON J. PANEZICH, | CASE NO. 4:21-cv-00331 |
| Petitioner, | ORDER |
|  | [Resolving Docs. 1, 17] |
| v. |  |
| KEITH J. FOLEY, |  |
| Respondent. |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner Clifton Panezich currently serves his five-year period of post-release control for various crimes related to a fraudulent scheme to sell fake sports memorabilia. He brings this habeas corpus action under 28 U.S.C. § 2254.[1]

On January 5, 2024, Magistrate Judge Henderson filed a Report and Recommendation (R&R) recommending that the Court deny Panezich's habeas petition in its entirety and deny him a certificate of appealability.[2] Specifically, Magistrate Judge Henderson found that all of Panezich's claims are either non-cognizable or fail on the merits.[3] Petitioner did not file an objection to the R&R.

The Federal Magistrates Act requires direct courts to conduct a de novo review only of objected-to portions of an R&R.[4] Absent objection, district courts may adopt an R&R without review.[5]

---

[1] Doc. 1.
[2] Doc. 17.
[3] *Id.*
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 4:21-cv-00331
GWIN, J.

So, the Court **ADOPTS** the R&R, **DENIES** Panezich's habeas petition in its entirety, and **DENIES** any associated certificate of appealability.

IT IS SO ORDERED.

Dated: January 24, 2024         *s/       James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE